# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 11 | **DATE** | 2/13/2008 |
| **CASE TITLE** | USA vs. Laquinta Moffett | | |

**DOCKET ENTRY TEXT**

Initial Appearance held on 2/13/2008 as to Laquinta Moffett (11). Defendant informed of her rights. Defendant appears to the arrest on 2/12/08. Riwin L. Frazin is given leave to file appearance on behalf of defendant. Government and defendant agree to certain conditions of release. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|